**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7681

WILLIAM EARL GORHAM,

Petitioner - Appellant,

versus

GEORGE KENTWORTHY; PAUL TAYLOR; P. LOWRY-
CHAVIS, Programs Supervisor at Lumberton
Correctional Institution,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:05-ct-00042-H)

Submitted: January 18, 2007          Decided: January 24, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Earl Gorham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Earl Gorham appeals the district court's orders dismissing part of his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying relief on the remainder of his claims. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See Gorham v. Kentworthy, No. 5:05-ct-00042-H (Aug. 4, 2005 and Sept. 12, 2006). We also deny Gorham's motion to alter his filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -